**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
MILWAUKEE DIVISION**

| | |
|---|---|
| Miguel Vazquez, individually and on behalf of other employees similarly situated, known and unknown, Plaintiff<br>v.<br>Skyrise Construction Group, LLC and Ignacio Garcia, Individually, Defendants | Case No. 2:16-cv-00114 |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED by the parties and pursuant to Fed. R. Civ. P. 41(a)(1), that this matter shall be stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted,


<u>s/ Valentin T. Narvaez</u>
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

<u>s/ Roberto Ledesma</u>
Ledesma Law Office SC
2855 S. 13th St
Milwaukee, WI 53215-3809